KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707) 822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| JESSICA CAROLYNN MORRIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.:  12-CV-5068 NJV<br><br>MOTION TO AMEND CAPTION AND ORDER |

　　　　Plaintiff hereby moves the Court to amend the caption in this case to substitute Carolyn W. Colvin for Michael J. Astrue as the defendant in this suit, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.  Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Dated:  *　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kenneth J. Collins*
　　　　　　　　　　　　　　　　　　　　　　Kenneth J. Collins
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1 | IT IS SO ORDERED.

2

3

4 | Dated: April 24, 2013

_____
Hon. Nandor J. Vadas
United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — signed Judge Nandor J. Vadas]*